#5480

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

DATE: 11/09/05

CASE NUMBER: 05-4827

NAME OF DEFENDANT: Smith, Statha Marie

ADDRESS OF DEFENDANT: Groveland, CA 95321

TELEPHONE NUMBER

NAME(S) OF SURETY(ies): —

ADDRESS(es) OF SURETY(ies): —

TELEPHONE NUMBER(s)

NAME OF CUSTODIAN: —

RELATIONSHIP TO DEFENDANT

ADDRESS OF CUSTODIAN: —

TELEPHONE NUMBER

ROR.

TIME AND DATE OF NEXT APPEARANCE: 12/13/05 @ 9:00 am

COURTROOM: US Magistrate Yosemite, CA

## CONDITIONS OF RELEASE AND APPEARANCE

- Defendant [illegible]
- [illegible] the [illegible] Law Enforcement office in writing if arrested or [illegible]
- Defendant [illegible] any sentence imposed.
- [illegible]
- [illegible] against [illegible] party [illegible] officer of the Court or [illegible] side.
- Defendant [illegible] Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, [illegible] Plumas, Sacramento, San Joaquin, Shasta, [illegible] (See map on reverse side.)
- Defendant [illegible] and the U.S. Attorney in writing of any change in address and [illegible]
- [illegible] agency and contact that agency [illegible] for further [illegible]
- [illegible] and shall not apply for any other passports.
- [illegible]
- [illegible] and to report any violation of a release [illegible]

[illegible]

- Defendant shall [illegible] testing as directed by Pretrial Services.
- Defendant [illegible] other controlled substance without a legal prescription.
- [illegible]

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

[illegible]

Statha M Smith

[signature]

1. CLERK OF COURT — WHITE COPY

